E. BRYAN WILSON
Acting United States Attorney

KAYLA DOYLE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kayla.doyle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARK CRUZ NYSTUEN,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.　3:21-cr-00073-JMK-DMS<br><br>COUNT 1:<br>ARSON<br>　Vio. of 18 U.S.C. § 844(i)<br><br>COUNT 2:<br>USE OF A DESTRUCTIVE IN FURTHERANCE OF A CRIME OF VIOLENCE<br>　Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 3:<br>POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE<br>　Vio. of 26 U.S.C. § 5861(d) |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about July 14, 2021, within the District of Alaska, the defendant, MARK CRUZ NYSTUEN, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: an apartment located in Anchorage Alaska.

All of which is in violation of 18, U.S.C. § 844(i).

## COUNT 2

On or about July 14, 2021, within the District of Alaska, the defendant, MARK CRUZ NYSTUEN, did knowingly possess a destructive device, to wit: a Molotov Cocktail, a firearm as defined in 18 U.S.C. § 921(a)(3)(D), in furtherance of the crime of violence alleged in Count 1 of this Indictment, and did use said destructive device during and in relation to this crime.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

//
//
//
//
//
//

COUNT 3

On or about July 14, 2021, within the District of Alaska, the defendant, MARK CRUZ NYSTUEN, did knowingly possess a destructive device, to wit: a Molotov Cocktail, a firearm as defined in 26 U.S.C. § 5845(a)(8), which was not registered in the National Firearms Registration and Transfer Record.

All of which is in violation of 26 U.S.C. § 5861(d).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kayla Doyle
KAYLA DOYLE
Special Assistant United States Attorney
United States of America

s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: 7/22/21