WILLIAM M. NARUS
Acting United States Attorney
District of Oregon

STEVEN D. CLYMER
Special Attorney
MICHAEL J. HEYMAN
United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: steven.d.clymer@usdoj.gov
Email: michael.heyman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARK CRUZ NYSTUEN,<br><br>    Defendant. | No. 3:21-cr-00073-TMB-MMS |

**NOTICE OF ATTORNEY APPEARANCE**

Comes now the United States of America to give notice that Special Attorney Steven D. Clymer will appear as counsel for the United States in this matter.

Former Assistant United States Attorneys Kayla Doyle and Morgan Walker are no longer active participants in the above referenced case. The Government authorizes the Clerk's Office to terminate service on Assistant U.S. Attorneys Kayla Doyle and Morgan

Walker of all future documents filed in this case.

RESPECTFULLY SUBMITTED July 7, 2025, at Anchorage, Alaska

WILLIAM M. NARUS
Acting United States Attorney for the District of Oregon

s/ Steven D. Clymer
Special Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
United States Department of Justice

**CERTIFICATE OF SERVICE**
I hereby certify that on July 7, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

Office of the U.S. Attorney

U.S. v. Nystuen
3:21-cr-00073-TMB-MMS

Page 2 of 2
Case 3:21-cr-00073-TMB-MMS   Document 122   Filed 07/07/25   Page 2 of 2